In the Matter of the Judicial Settlement of the Accounts of ANNA M. McLAUGHLIN, as Administratrix, etc., of GAYMER S. PELBROUGH, Deceased.— Decree of the surrogate unanimously affirmed, with costs to the respondent payable out of the estate. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

RAY F. SALTSMAN, as Administrator with the Will Annexed of PUNDERSON WEST, Deceased, Respondent, v. ANNA M. GREENE and Others, Respondents, Impleaded with THE BAPTIST MISSIONARY CONVENTION OF THE STATE OF NEW YORK, Appellant.— Judgment unanimously affirmed, with costs to the respondents Greene and others. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

JOHN C. RING, Respondent, v. ROY BESLEY, Appellant.— Judgment and order unanimously affirmed, with costs. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

In the Matter of Awarding Letters of Administration upon the Estate of JENNIE FULLER VAN ORDEN, Deceased.— Decree, so far as appealed from, affirmed, with costs to the respondent payable out of the estate. Van Kirk, P. J., Davis, Whitmyer and Hill, JJ., concur; Hasbrouck, J., not voting.

MICHAEL A. SMITH, Respondent, v. SOPHIE COHEN and Another, Appellants.†— Judgment affirmed, with costs. Davis, Whitmyer and Hill, JJ., concur; Van Kirk, P. J., dissents and votes for reversal and new trial on the ground there is no evidence justifying award of damages other than nominal; Hinman, J., dissents and votes for reversal and dismissal of the complaint on the ground there was no actionable fraud pleaded or proved.

MURIEL WILSEN, as Administratrix, etc., of GEORGE E. WILSEN, Deceased, Respondent, v. CARL HIRSCHFIELDT, Appellant, and Others, Defendants.— Judgment unanimously affirmed, with costs. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

EDITH S. SYLVESTER, as Administratrix, etc., of GEORGE SYLVESTER, Deceased, Respondent, v. SANFORD ROGERS and Another, Appellants.— Judgment and order unanimously affirmed, with costs. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

DENIS SULLIVAN, Respondent, v. NEW YORK TELEPHONE COMPANY, Appellant.— Judgment and order affirmed, with costs. Van Kirk, P. J., Davis, Whitmyer and Hill, JJ., concur; Hinman, J., dissents and votes for reversal and new trial on the ground that the doctrine of res ipsa loquitur did not apply in the absence of exclusive control of the wire, poles and fixtures, and that the plaintiff did not show actual or constructive notice to the defendant in view of the facts proven and the contingencies reasonably to be foreseen.

In the Matter of the Claim of ELIZABETH FOLEY, Respondent, against WALDORF-ASTORIA, INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.